**Order entered April 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01386-CV

**HARRY DAVIS D/B/A FIRST HOME CONSULTING, Appellant**

**V.**

**CITIBANK, NA, AS TRUSTEE FOR, WAMU SERIES 2007-HE2 TRUST, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12737**

## ORDER

We **GRANT** appellant's April 24, 2013 amended second motion for an extension of time to file a brief. Appellant shall file his brief on or before May 22, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE